# In the United States Court of Federal Claims

No. 02-1123T

(Filed: December 15, 2015)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HENRY W. BATES and
PATRICIA D. BATES,

      *Plaintiffs*,

v.

THE UNITED STATES,

      *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On December 4, 2015, defendant filed a stipulation of dismissal on behalf of both parties because the parties had reached a settlement. Although filed in the correct docket, the document itself contains the wrong docket number. The clerk's office subsequently notified the undersigned of the error.

Accordingly, the clerk's office is directed to allow filed the misnumbered stipulation and to dismiss the complaint with prejudice and enter judgment accordingly. No costs.

                                              s/Eric G. Bruggink
                                              Eric G. Bruggink
                                              Judge